DAVID M. MCLAUGHLIN (SBN 131973)
ANGIE CHANG (SBN 351887)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA  94025
Telephone:    650.364.8200
Facsimile:    650.780.1701
Email:        david.mclaughlin@ropers.com
              angie.chang@ropers.com

Attorneys for Defendants
HUDSON PACIFIC PROPERTIES, INC., a Maryland
corporation, and PIMCO PRIME REAL ESTATE
LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS RUSANOFF,<br><br>            Plaintiff,<br><br>        v.<br><br>HUDSON PACIFIC PROPERTIES, INC., et al.,<br><br>            Defendants. | Case No. 3:26-cv-00649<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: January 21, 2026 |

ROPERS MAJESKI
A Professional Corporation
Menlo Park

Pursuant to Civil Local Rule 6-1, Plaintiff NICKOLAS RUSANOFF ("Plaintiff") and Defendants HUDSON PACIFIC PROPERTIES, INC. ("HPP") and PIMCO PRIME REAL ESTATE LLC ("PIMCO"), (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**RECITALS**

1.     On January 21, 2026, Plaintiff filed his Complaint against Defendants Hudson Pacific Properties, Inc., PIMCO Prime Real Estate LLC, and Universal Protection Service, L.P. dba Allied Universal Security Services, in the United State District Court, Northern District of California.  (Dkt. No. 1.)

2.     Plaintiff served HPP with his Complaint on February 11, 2026.  HPP's responsive pleading was due on March 4, 2026.

3.     Plaintiff served PIMCO with his Complaint on February 11, 2026.  PIMCO's responsive pleading was due on March 4, 2026.

4.     The Parties, through their respective counsel, met and conferred on April 13, 2026, and agreed to an additional three-week extension for HPP and PIMCO to respond to Plaintiff's Complaint.  HPP and PIMCO's responses shall now be due to be filed on or before May 4, 2026.

5.     HPP and PIMCO have not previously requested that any other deadlines be extended.  Defendant Universal Protection Service, LP dba Allied Universal Security Services ("UPS"), filed a Stipulation to Extend Time to respond to the Complaint, on March 5, 2026.  (Dkt. No. 8.)  UPS answered Plaintiff's Complaint on April 3, 2026, and filed an Amended Answer to Complaint Demand for Jury Trial also on April 3, 2026.  (Dkt. 9 and 10.)

6.     The extension of the date for HPP and PIMCO to respond to the Complaint is made in good faith and will not alter the date of any event or deadline already fixed by a Court order.

IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record, that HUDSON PACIFIC PROPERTIES, INC. and PIMCO PRIME REAL ESTATE LLC shall have until May 4, 2026, to file a responsive pleading to the Complaint.

**IT IS SO STIPULATED.**

Dated:  April 28, 2026

CLEFTON DISABILITY LAW

By: /s/*Aaron Clefton*

AARON M. CLEFTON
Attorneys for Plaintiff
NICKOLAS RUSANOFF

Dated:  April 28, 2026

ROPERS MAJESKI PC

By: _____

DAVID M. MCLAUGHLIN
ANGIE CHANG
Attorneys for Defendants
HUDSON PACIFIC PROPERTIES, INC.,
a Maryland corporation, and PIMCO
PRIME REAL ESTATE LLC, a Delaware
limited liability company

IT IS SO ORDERED:

Dated:  April 30, 2026

_____
HON. THOMAS S. HIXSON

4937-3798-0579.1

- 3 -

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
3:25-CV-00649